# MINUTE ORDER

Page 2

## Magistrate Judge Lauren F. Louis

**Atkins Building Courthouse - 11th Floor**        Date: 12/17/25    Time: 2:00 p.m.

Defendant: Mark-Simon Louma     J#: 21128-104    Case #: 21-CR-20104-SINGHAL
AUSA: Ed Gardea                 Attorney:
Violation: Pretrial Release Violation Petition    Surr/Arrest Date: 12/16/25    YOB: 1997
Proceeding: Initial Appearance/Revocation    CJA Appt:
Bond/PTD Held: ☐ Yes  ☐ No     Recommended Bond:
Bond Set at:                                    Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
      Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

**Disposition:**

***Defendant advised of rights and charges***

***USPO Harold Iglesias present***

***Michael Catalano, Esq., is still in case. AFPD assisted as a friend of the court today***

***"No bond Warrant issued"***

***All further proceedings in this case before Magistrate Judge Valle***

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:    Time:    Judge:    Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 14:18:05                              Time in Court: 5 mins

s/Lauren F. Louis                                          Magistrate Judge